UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Linda Adams, et al.<br><br>**Plaintiff(s)**<br><br>v.<br><br>Ed Schafer, Secretary, The United States Department of Agriculture<br><br>**Defendant** | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:08-cv-00919 PLF<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Notice of Designation of Related Civil Cases Pending in This or Any Other Unites States Court; and Complaint on Ed Schafer, Secretary, The United States Department of Agriculture in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on May 30, 2008 at 2:55 PM, I served the within Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Notice of Designation of Related Civil Cases Pending in This or Any Other Unites States Court; and Complaint on Ed Schafer, Secretary, The United States Department of Agriculture at 14th & Independence Avenue, SW, Washington, DC 20250 by serving Jim Kelly, Deputy General Counsel, authorized to accept. Described herein:

Gender: Male   Race/Skin: White   Hair: Black/Gray   Age: 55   Height: 5'7"   Weight: 155

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-2-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-002811

Client Reference: N/A

CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Linda Adams, et al. | ) |
| | ) |
| **Plaintiff(s)** | ) Case No.: 1:08-cv-00919 PLF |
| v. | ) |
| Ed Schafer, Secretary, The United States Department of Agriculture | ) |
| **Defendant** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Notice of Designation of Related Civil Cases Pending in This or Any Other Unites States Court; and Complaint on Jeffrey A. Taylor, US Attorney for the District of Columbia in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on May 30, 2008 at 3:20 PM, I served the within Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Notice of Designation of Related Civil Cases Pending in This or Any Other Unites States Court; and Complaint on Jeffrey A. Taylor, US Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Gary Nails, Docket Clerk, authorized to accept. Described herein:

Gender: Male    Race/Skin: Black    Hair: Black    Age: 32    Height: 5'7"    Weight: 160

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-2-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Linda Adams, et al. | ) |
| | ) |
| **Plaintiff(s)** | ) Case No.: 1:08-cv-00919 PLF |
| v. | ) |
| Ed Schafer, Secretary, The United States Department of Agriculture | ) |
| | ) |
| **Defendant** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Notice of Designation of Related Civil Cases Pending in This or Any Other Unites States Court; and Complaint on Michael B. Mukasey, Attorney General for the United States in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on May 30, 2008 at 4:00 PM, I served the within Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Notice of Designation of Related Civil Cases Pending in This or Any Other Unites States Court; and Complaint on Michael B. Mukasey, Attorney General for the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Donna Monroe, General Clerk II, authorized to accept.  Described herein:

Gender: Female    Race/Skin: Black    Hair: Black    Age: 50    Height: 5'5"    Weight: 170

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-2-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-002873                                    Client Reference: N/A