## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA  ADAMS<br>1320 JIM ADAMS ROAD<br>GREENSBORO, GA 30642 | ) ) ) ) ) |
| WILLIE E. ADAMS<br>1320 JIM ADAMS ROAD<br>GREENSBORO, GA 30642 | ) ) ) ) ) | **Civil Action No.:08-cv-919 PLF** |
| SHIRLEY  ALEXANDER<br>1412 N MIDWEST BLVD A<br>OKLAHOMA CITY, OK 73110 | ) ) ) ) |
| DELORIS  ANDERSON<br>110 NANNIE DRIVE<br>SELMA, AL 36701 | ) ) ) ) |
| BURNIS  ANTWINE<br>9505 N. 160 RD<br>OKMULGEE, OK 74447 | ) ) ) ) |
| CURTIS  ANTWINE<br>1720 N OKLAHOMA STREET<br>OKMULGEE, OK 74447 | ) ) ) ) |
| HOWARD L ANTWINE<br>PO BOX 296<br>BEGGS, OK 74421 | ) ) ) ) |
| LUCY  ATES<br>P.O. BOX 2733<br>DOUGLAS, GA 31534 | ) ) ) ) |

DAR ANN BANKS                                    )
2725 HIGHWAY 261 S                               )
PALESTINE, AR 72372                              )
                                                 )
LINDA D BARNETT                                  )
1619 HWY 277 EAST                                )
WATSON, AR 71674                                 )
                                                 )
LLOYD  BELL                                      )
P.O. BOX 152861                                  )
SAN DIEGO, CA 92195                              )
                                                 )
JULAINE  BENNERMAN                               )
579 PASTER BRANCH                                )
ROSE HILL, NC 28458                              )
                                                 )
MARY E BENNERMAN                                 )
114 OAKEY PLAIN CHURCH ROAD                      )
WALLACE, NC 28466                                )
                                                 )
CONNIE J BONEY                                   )
410 WELLS BROTHERS RD.                           )
ROSE HILL, NC 28458                              )
                                                 )
JACOB AND MARY R.  BOYD                          )
489 GAUSETOWN ROAD                               )
KINGSTREE, SC 29556                              )
                                                 )
MAE L. BOYD                                      )
1000 ROWELL RD                                   )
COLDWATER, MS 38618                              )
                                                 )
JIMMY  BRADSHAW                                  )
512 PINE ST                                      )
DOUGLAS, GA 31533                                )
                                                 )

CORNELL  BRAXTON )
P.O. BOX 602 )
UNIONTOWN, AL 36786 )
)
DOROTHY  BRAY )
1670 FREE GIFT CHURCH ROAD )
EASTMAN, GA 31023 )
)
CLEMENTINE  BUCKLES )
105 HENDERSON SPRINGS ROAD )
ELKO, GA 31025 )
)
NORMAN  BUFFORD )
RT 2 BOX 106 )
CRESCENT, OK 73028 )
)
MAXINE  BURRELL )
136 LAWSON LANE )
OAK GROVE, LA 71263 )
)
IRENE  BYAS )
610 CLEVELAND STREET )
INDIANOLA, MS 38751 )
)
MAEBELL  CARLTON )
1141 S. NC 903 HWY )
MAGNOLIA, NC 28453 )
)
JOYCE  CARR )
25575 US HWY 421 )
WILLARD, NC 28478 )
)
WILLENE  CARSON )
106 SARATOGA CIRCLE )
HATTIESBURG, MS 39401 )
)

NICOLE H COSTEN )
158 THIRD AVENUE )
HERTFORD, NC 27944 )
)
GAIL CROCKETT )
2749 OAK GROVE RD )
#128 )
HATTIESBURG, MS 39402 )
)
SYLVESTER DANIELS )
2115 VALLEY VIEW DRIVE )
LAYTON, UT 84040 )
)
MALVENIA DEAN )
1833 LOOXAHOMA CIRCLE )
SENATOBIA, MS 38668 )
)
CINDEREATHA DENNING )
216 PINE VALLEY DRIVE )
DOUGLAS, GA 31535 )
)
HUGH L. DENT )
197 STELLA LANE )
STEENS, MS 39766 )
)
PERCY DODD )
8193 ALWARD ROAD )
LAINGSBURG, MI 48848 )
)
TOM DUNBAR )
3557 TURN GROVE ROAD )
FAYETTE, MS 39069 )
)
HELEN DUNLAP )
1954 ALAPAHA HIGHWAY )
OCILLA, GA 31774 )
)

4

MELVIN  EASLEY                            )
5157 CANTON DRIVE                         )
MEMPHIS, TN 38116                         )
                                          )
WILLIAM  FLETCHER                         )
2103 MELSON AVENUE                        )
JACKSONVILLE, FL 32254                    )
                                          )
MINYON  GARDNER                           )
102 MINYON MCLAURRIN DRIVE                )
PINOLA, MS 39149                          )
                                          )
ALZADA  GARNER                            )
341 RED CREEK ROAD                        )
PINE HILL, AL 36769                       )
                                          )
JIMMY  GHOLAR                             )
1354 E. SAINT STEPHENS ROAD               )
SILVER CREEK, MS 39663                    )
                                          )
I T  GLASS                                )
1209 HWY 65 NORTH                         )
DUMAS, AR 71639                           )
                                          )
EDWARD  GLOVER                            )
606 AMBER HILL ROAD                       )
DOUGLAS, GA 31533                         )
                                          )
MARIO J. GLOVER                           )
175 KATHRYN CIRCLE                        )
DOUGLAS, GA 31533                         )
                                          )
CLEVELAND  GRAHAM, SR.                    )
1433 SARECTA ROAD                         )
PINK HILL, NC 28572                       )
                                          )

GREGORY GRANT                          )
36095 EAST 1375                        )
SASAKWA, OK 74867                      )
                                       )
HARRISON B. GRANT                      )
675 ELLERVE MILL ROAD                  )
REMBERT, SC 29128                      )
                                       )
LUEVINA GREEN                          )
20239 TRINITY                          )
DETROIT, MI 48219                      )
                                       )
LEONA HAYES                            )
7885 AUTUMN HOLLOW DRIVE               )
APT 3                                  )
CORDOVA, TN 38016                      )
                                       )
ALFRED M HETHERINGTON                  )
10106 GREENBORO                        )
DETROIT, MI 48224                      )
                                       )
BRENDA L. HETHERINGTON                 )
16431 POPLAR CREEK RD                  )
ATHENS, AL 35611                       )
                                       )
CHARLES HETHERINGTON                   )
16431 POPLAR CREEK ROAD                )
ATHENS, AL 35611                       )
                                       )
DONNEL HOBBS                           )
332 JAMES BOYKIN BARNETT ROAD          )
MAGEE, MS 39111                        )
                                       )
SYLVIA J HOBBS                         )
652 AIR PORT ROAD                      )
MENDENHALL, MS 39114                   )
                                       )

LISA M. HORNSBY )
12250 ATLANTIC BLVD )
APT. # 2101 )
JACKSONVILLE, FL 32225 )
)
HELEN  HUBBARD )
1615 ALLEGHENY CIRCLE )
CLEVELAND, OH 44112 )
)
BETTYE  HUDDLESTON )
3023 NORTHWEST 19TH STREET )
OKLAHOMA CITY, OK 73107 )
)
KAREN  HUDDLESTON )
3023 NW 19TH STREET )
OKLAHOMA CITY, OK 73107 )
)
MARIE  HUDDLESTON )
3023 NORTH WEST 19TH ST )
OKLAHOMA CITY, OK 73107 )
)
ALLEN  HUDSON )
2147 VERMONT STREET )
BLUE ISLAND, IL 60406 )
)
RILEY JR HUGHES )
P.O. BOX 352 )
BROXTON, GA 31519 )
)
SEBRINA  ISOM )
PO BOX 752 )
ST HELENA ISLAND, SC 29920 )
)
CHARLIE  JACKSON )
P.O. BOX 191 )
EPES, AL 35460 )
)

LEE  JACKSON                                    )
1154 OLD AXSON ROAD                             )
DOUGLAS, GA 31535                               )
                                                )
MARVIN  JARRETT                                 )
247 COTTONDALE DRIVE                            )
BROWNSVILLE, TN 38012                           )
                                                )
JOHNNY  JENKINS                                 )
ROUTE 2 BOX 1290                                )
LAKELAND, GA 31635                              )
                                                )
DORTHA P JOHNSON                                )
1602 BELAIR CIRCLE                              )
DOUGLAS, GA 31533                               )
                                                )
MELVIN  JONES                                   )
13975 WILL SAMPSON ROAD                         )
BEGGS, OK  74421                                )
                                                )
THURMAN  JUDGE                                  )
178 ANGOLA BAY ROAD                             )
WALLACE, NC 28466                               )
                                                )
SHEILA  JUHANS                                  )
3601 BREMEN DRIVE                               )
AUGUSTA, GA 30906                               )
                                                )
ANTHONY  LEE                                    )
1411 SPOONER ROAD                               )
DOUGLAS, GA 31533                               )
                                                )
ANTHONY  LEE                                    )
P.O. BOX 2013                                   )
DOUGLAS, GA 31533                               )
                                                )

BERENDA  LESTER )
346 HIGHWAY 26 )
ELKO, GA 31025 )
 )
SHENNANDO  LESTER )
481 HIGHWAY 26 )
ELKO, GA 31025 )
 )
SAM T. LOGAN )
108 COUNTY ROAD 108 )
ABBEVILLE, MS 38601 )
 )
JOYCE MARTIN LOTT )
P.O. BOX 2074 )
COLLINS, MS 39428 )
 )
BERNARD  MADDUX )
85 KENNAN DRIVE )
KENBRIDGE, VA 23944 )
 )
HERMON  MAGEE )
216 ELLA WALKER ROAD )
MAGEE, MS 39111 )
 )
IRENE  MAGEE )
332 JAMES BOYKIN BERNETTE ROAD )
MAGEE, MS 39111 )
 )
FLOYD A MANNING )
806 ROSE DR )
HOPKINSVILLE, KY 42240 )
 )
JAMES  MARSHALL )
122 S. 54TH WEST )
MUSKOGEE, OK 74401 )
 )

ESSIE MARTIN                                     )
204 PINECREST STREET                             )
BROXTON, GA 31519                                )
                                                 )
TIMOTHY MASON                                    )
25 SILVER CIRCLE                                 )
LUMBERTON, NC 28358                              )
                                                 )
CORA MCGHEE                                      )
110 GRANDVILLE STREET                            )
BONAIRE, GA 31005                                )
                                                 )
JOENATHAN & FLORENCE MCMILLIAN                   )
112 SPENCER MERRITT ROAD                         )
ROSE HILL, NC 28458                              )
                                                 )
RICHARD C. MCMILLIAN                             )
239 BRADLEY STREET                               )
HAZLEHURST, MS 39083                             )
                                                 )
CLERETTA MEAN                                    )
13828 CANAL DRIVE                                )
PENSECOLA, FL 32507                              )
                                                 )
MATHEW MERRITT JR.                               )
112 SPENCER MERITT ROAD                          )
ROSE HILL, NC 28458                              )
                                                 )
WILMA MOBLEY                                     )
P.O. BOX 52                                      )
WRAY, GA 31798                                   )
                                                 )
ROSIE MONTGOMERY                                 )
613 84TH STREET SOUTH                            )
BIRMINGHAM, AL 35206                             )
                                                 )

PRESTON  MOSLEY                          )
1507 VOEGLIN                             )
SELMA, AL 36701                          )
                                         )
BRODERICK  NELSON                        )
1002 SOUTH COFFEE STREET                 )
DOUGLAS, GA 31533                        )
                                         )
JOANN  NEWSON                            )
5995 SUMMER RIDGE ST                     )
APT. # 1                                 )
MEMPHIS, TN 38115                        )
                                         )
GENERAL  OUTLAW                          )
159 CONVENTRY STREET                     )
HARTFORD, CT 6112                        )
                                         )
M. P. PARKER                             )
2113 PAULETTE ROAD                       )
MACON, MS 39341                          )
                                         )
CLINTON  PERRY                           )
P.O. BOX 548                             )
HURTSBORO, AL 36860                      )
                                         )
HELEN  PHILLIPS                          )
6620 HUNTERS HORN STREET                 )
MOBILE, AL 36613                         )
                                         )
JERMAINE  PICKETT                        )
431 JOEHOP WILLIAMS ROAD                 )
BEULAVILLE, NC 28518                     )
                                         )
OLA  PICKETT                             )
7437 E. ROBINWOOD STREET                 )
DETROIT, MI 48234                        )
                                         )

11

SARAH  PINCKNEY )
2087 OLD WELSH ROAD )
ABINGTON, PA 19001 )
)
KEVIN  POOLE )
PO BOX 211 )
1 ALLEGHENY DRIVE )
PINE FORGE, PA 19548 )
)
GRANT  POWELL )
554 MIDDLE ROAD SOUTH )
LEEBSBURG, GA 31763 )
)
ANDREW  REED )
41 COTTON WOOD RD. )
NEWBERN, AL 36765 )
)
JAMES  REED )
5817 HWY 32 WEST )
LOT 17 )
DOUGLAS, GA 31533 )
)
OTHELIA  REED )
41 COTTON WOOD DRIVE )
NEWBERN, AL 36765 )
)
GEORGE  REYNOLDS )
231 GLEN PARK AVE )
GARY, IN 46409-3913 )
)
BOBBY  RICHARDSON )
74 WHITTS ROAD )
DOUGLAS, GA 31533 )
)
MARY S ROBY )
48 PITTMAN ST. )
MACON, MS 39341 )
)

ARTHUR RUCKER )
77229 GARBAULT RD )
BASTROP, LA 71220 )
)
JEANETTE RUSSELL )
1518 NORTH FAIR OAKS )
PASADENA, CA 91103 )
)
BESSIE L. SAMS )
P.O. BOX 2601 )
DOUGLAS, GA 31534 )
)
TALLEY SAUNDERS )
5901 HIGHWAY 11 P. O .BOX 141 )
WILLARD, NC 28478 )
)
JANICE D. SCOTT )
P.O. BOX 636 )
GOULD, AR 71643 )
)
MAMIE L SIMPSON )
409 PARK AVENUE )
DOUGLAS, GA 31533 )
)
MITCHELL SIMPSON )
409 APT A PARK AVENUE )
DOUGLAS, GA 31533 )
)
BARBARA L. SMITH )
13409 MORLOWED STREET )
DETROIT, MI 48227 )
)
JOHNNIE SMITH )
108 LOTT LANE )
DOUGLAS, GA 31533 )
)

13

NATHANIEL S. SMITH )
1609 BELAIR CIRCLE )
DOUGLAS, GA 31533 )
)
ONEAL  SMITH JR )
404 SE 2ND STREET )
PERKINS, OK 74059 )
)
SIDNEY  STONE )
3349 SE CHRISTINE GARDEN )
MEMPHIS, TN 38118 )
)
MARY  SUMMERS )
120 BEACH 19TH STREET )
FAR ROCKAWAY, NY 11691 )
)
BARBARA  TAITE )
4975 BROOKSVILLE ROAD )
DICKINSON, AL 36436 )
)
EZEKIEL  TARVER (DECEASED) )
922 BRANCH ROAD )
ALBANY, GA 31705 )
)
EVELYN  THOMAS )
18 GEORGEANN CIRCLE )
JACKSONVILLE, AR 72076 )
)
SHERMAN J. THOMAS )
99 SAND ROAD )
HURTSBORO, AL 36860 )
)
MADIE  THOMPSON )
220 DAVID BRIGHT ROAD )
FAISON, NC 28341 )
)

14

ROBERT E THOMPSON )
P.O. BOX 964 )
COLLINS, MS 39428 )
)
GERALDINE B TICE )
1538 MAGNOLIA DR. )
INKSTER, MI 48141 )
)
MINIEVA  TIMBERLAKE )
16465 POPLAR CREEK ROAD )
ATHENS, AL 35611 )
)
LULA  TOMBERLIN )
1529 24TH AVENUE S )
SAINT PETERSBURG, FL 33705 )
)
VERIA  TURNER )
9297 HWY 98W )
SUMRALL, MS 39482 )
)
JOSEPH  TYLER )
P.O. BOX 297 )
BEULAVILLE, NC 28518 )
)
JOHN E. WALKER )
PO BOX 6556 )
LUBBOCK, TX 79493 )
)
PATSY  WARREN )
1344 MCKINNON ROAD )
LOT #3 )
DOUGLAS, GA 31535 )
)
ALBERT  WHITE )
1028 S. LENA STREET )
DOTHAN, AL 36301 )
)

MARY T. WILCOX                             )
1482 HOWELL ROAD                          )
LAKE PARK, GA 31636                        )
                                          )
MICHAEL L. WILEY                          )
P.O BOX 6221                              )
SAINT JOSEPH, LA 71366                    )
                                          )
FRANK E. WILKINS                          )
1106 BACKWOODS ROAD                       )
ROPER, NC 27970                           )
                                          )
BETTY  WILLIAMS                           )
4695 HWY 32 W                             )
DOUGLAS, GA 31533                         )
                                          )
CHESTER  WILLIAMS                         )
216 S. LETITIA AVENUE                     )
DOUGLAS, GA 31533                         )
                                          )
ELIJHA  WILLIAMS                          )
P.O. BOX 473                              )
JONESTOWN, MS 38639                       )
                                          )
MARIE  WILLIAMS                           )
441 DORSE ROAD                            )
MICHIGAN CITY, MS 38647                   )
                                          )
WAYNE  WILLIAMS                           )
103 RIPLEY AVE                            )
KRESS, TX 79052                           )
                                          )
JO E. WILSON                              )
PO BOX 2601                               )
DOUGLAS, GA 31534                         )
                                          )

16

DESDA  WITCHER                          )
P.O. BOX 742081                         )
RIVERDALE, GA 30274                     )
                                        )
VERNETHA  WOODFAULK                     )
908 W. 67TH PLACE                       )
MERRILLVILLE, IN 46410                  )
                                        )
BONNIE  WOODS                           )
PO BOX 77                               )
INDEPENDENCE, MS 38638                  )
                                        )
CURTIS  WOODS                           )
5534 EAST TATE ROAD                     )
COLDWATER, MS 38618                     )
                                        )
L. J. WOODS                             )
P.O. BOX 7069                           )
COLDWATER, MS 38618                     )
                                        )
LINDA MAE WOODS                         )
6193 EAST TATE ROAD                     )
COLDWATER, MS 38618                     )
                                        )
NATALIE  WRIGHT                         )
P.O. BOX 716                            )
SENATOBIA, MS 38668                     )
                                        )
GWEN  WYNN                              )
125 RAINBOW DRIVE                       )
OCILLA, GA 31774                        )
                                        )

| PLAINTIFFS, | ) |
| v. | ) |
| | ) |
| ED SCHAFER, SECRETARY, THE UNITED | ) |
| STATES DEPARTMENT OF AGRICULTURE, | ) |
| 14TH AND INDEPENDENCE AVENUE, SW | ) |
| WASHINGTON, D.C. 20250 | ) |
| | ) |
| DEFENDANT, | ) |
| | ) |

## AMENDED COMPLAINT - CIVIL ACTION

Plaintiffs, by and through their attorneys, POGUST & BRASLOW & MILLROOD,

LLC, allege upon information and belief the following:

## NATURE OF ACTION

This case involves the United States Department of Agriculture's (herein "USDA"),

failure to adequately process, review, and adjudicate, claims made by African American farmers

for farm loans, credits, benefits, and participation in federal farm programs pursuant to the

settlement terms and consent decree entered into in the matter of *Timothy Pigford v. Dan*

*Glickman, Secretary, United States Department of Agriculture.*

1.    The USDA's Farm Service Agency ("FSA"), formed in 1994, provides commodity

program benefits including but not limited to deficiency payments, price support loans,

conservation reserve benefits, disaster payments, farm loans and other farm credits benefits to

U.S. farmers.

2.    Defendant Ed Schafer, Secretary of the United States Department of Agriculture

("USDA") is the federal official responsible for the administration of the FSA and administers

the federal farm programs through a review system consisting of: 1) county offices and committees, (2) state offices and committees, and (3) a federal level of review in Washington, D.C., the National Appeals Division ("NAD").

3.    The process by which farmers apply for FSA loans, included in pertinent part, an application and review through county and states offices, pursuant to 7 C.F.R. § 1910 *et. seq.*; 7 C.F.R. § Part 700, *et. seq.*, and Commodity Credit Corporation ("CCC') Regulations, 7 C.F.R. § 1400 *et .seq*.

4.    As a result of Title VI Civil Rights Act of 1964, the USDA promulgated regulations setting forth that "no person in the United States shall, on the ground race, color, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any program or activity o fan applicant or recipient receiving Federal financial assistance from the Department of Agriculture or any Agency thereof." 7 C.F.R. § 15.1.

5.    Furthermore, the Equal Credit Opportunity Act ("EEOA") prohibits discrimination in the application of credit based on sex, martial status, race, color, age, or national origin, and religion. 15 U.S.C. § 1691(a).

6.    Despite the various federal standards and regulations, there arose among African-American farmers allegations of unfair and discriminatory treatment when applying to local county committees for farm loans and assistance.

7.    In 1983, the USDA disbanded its Office of Civil Rights and discontinued its investigation and adjudication of claims of discrimination, leaving a significant number of

African American farmers with unresolved Complaints.

8.    As a result, significant economic disparities continued to develop between African-American and white farmers, where "the participation of black farmers in the FHA loan program fell from 5.4 percent in 1980 to 1.5 in 1986 [where] between 1981 and 1984 the percentage of FHA loans going to whites increased from 87 to 91 percent."

9.    In response to such complaints, the USDA commissioned a study to "analyze the treatment of minorities … in FSA programs and study" and concluded that "minority participation in FSA programs was very low and received less than their fair share of USDA money for crop payments, disaster payments, and loans."

10.    In December of 1996, the USDA by way of former Secretary of Agriculture, Dan Glickman, appointed a Civil Rights Action Team (CRAT) and a USDA Civil Rights Task Force, which after examining the issue of discrimination, similarly concluded that "minority farmers have lost significant amounts of land and potential farm income as a result of discrimination by FSA programs and the programs of its predecessor agencies … the process for resolving complaints has failed … appeals are often delayed and for too long … favorable decisions are too often reversed."

11.    A separate report by the Office of Inspector General of the USDA also determined that "the USDA had a backlog of complaints of discrimination that had never been processed, investigated, or resolved."

12. On August 28, 1997, three African American farmers on behalf of themselves and a class six-hundred and forty-one other African American farmers, in the matter of *Timothy Pigford v. Dan Glickman, Secretary, United States Department of Agriculture*, 185 F.R.D. 82 (D.D.C. April 14, 1999) (NO. CIV. A. 97-1978) filed in this Court, suit claiming "racial discrimination in the administration of the USDA programs…" and claims for violations of the Fifth Amendment; the Administrative Procedure Act, 5 U.S.C. § 551 et. seq.; Title VI of the Civil Rights Act of 1964; 42 U.S.C. § 2000d; and the Equal Credit Opportunity Act ("ECOA"); and 15 U.S.C. § 1691. *Id.* at 185 F.R.D. 82, 89 (1999).

13. In July of 1998, another class action, *Cecil Brewington v. Dan Glickman, Secretary, United States Department of Agriculture* 185 F.R.D. 82 (D.D.C. April 14, 1999) (NO. CIV. A. 98-1693), was filed with similar allegations and eventually consolidated with *Pigford* matter. 185 F.R.D. 82, 89 (April 14, 1999).

14. On April 14, 1999 this Court ordered by way of a Consent Decree, a settlement of such discrimination claims, allowing class members to choose between two claims procedures, known as Track A and Track B.

15. Pursuant to the Consent Decree, a class member was eligible to participate in the settlement if they met the following criteria: An African American who (1) farmed or attempted to farm between January 1981 and December 31, 1996, (2) applied to USDA for farm credit or program benefits and believes he or she was discriminated against by the USDA on the basis of race, and (3) made a complaint against the USDA on or before July 1, 1997.

16. In order to provide for relief for those class members that had "little in the way of

21

documentation or proof of either discriminatory treatment or damages suffered", Track A

claimants were allowed to "meet only a minimal burden of proof (i.e. substantial evidence or

reasonable basis for finding discrimination)". Upon the proof of such discrimination the

claimant would be entitled to an award of $50,000.00.

17.    For Track B claims, claimants were required to prove discrimination by a

"preponderance of evidence". Such claims were not limited by any cap on the damages

recoverable.

18.    Since this Court's April 14, 1999 approval of the Consent Decree, a significant

number of appeals, motions, and procedural amendments have followed, on the basis that the

Consent Decree was "unfair in certain respects and should be set aside."

19.    Specifically, there is evidence of large percentage of denials among Track A and

Track B Claimants, where African American farmers have experienced "poor access to USDA

files" and therefore could not adequately demonstrate discrimination.

20.    Subsequent reports of the Consent Decree have similarly concluded that a large

percentage of farmers did not have an opportunity to have their claims decided on the merits

because they had filed late or untimely claims.

21.    A significant number of those claimants initially denied relief under the late filing

procedures were similarly denied relief after a request for reconsideration of their petitions. In

particular, it has been estimated that of the 20,700 requests for reconsideration, approximately

17,279 requests were denied while a mere 113 petitions were approved.

22.    On May 22, 2008, the Food, Conservation, and Energy Act of 2008, Pub. L. No.

110-234, 122 Stat. 923 (2008) (hereinafter "Act ") became law.

23. Section 14012(b) of the Food, Conservation, and Energy Act of 2008, provides that "any *Pigford* claimant who has not previously obtained a determination of the merits of a *Pigford* claim may, in a civil action brought in the United States District Court for the District of Columbia, obtain that determination" (italics added).

24. The Act similarly defines a "*Pigford* Claim" as "a discrimination complaint, as defined by section 1(h) of that consent decree and documented under section 5(b) of that consent decree."

25. Pursuant to Section 14012(b) of the Food, Conservation, and Energy Act of 2008, Plaintiffs have filed the instant action.

## JURISDICTION

26. Jurisdiction is founded upon Section 14012(b) of the Food, Conservation, and Energy Act of 2008, Pub. L. No. 110-234, 122 Stat. 923 (2008).

## VENUE

27. Venue lies in this judicial district because the claim arose in this judicial district, and pursuant to Section 14012(b) of the Food, Conservation, and Energy Act of 2008, Pub. L. No. 110-234, 122 Stat. 923 (2008).

28. Upon information and belief, Defendant USDA, which is located in this District, is responsible for the discrimination of thousands of African-American farmers in the application, processing, and distribution of farming loans, credits, assistance, and benefits, resulting in harm and damage to Plaintiffs, making this forum appropriate for the litigation of the claims of the

23

entire Class.

## PARTIES

29.    Plaintiff, Linda  Adams is an African-American farmer residing in Greensboro, GA

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

30.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

31.    Plaintiff was given Tracking # 5000-000-06-00 and Claim # 21273 by the claims

Monitor.

32.     In or about 1990 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

33.    Plaintiff, Willie E. Adams is an African-American farmer residing in Greensboro,

GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996,

and (b) applied for various loan programs with the Defendant USDA during the years of January

24

1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

34.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

35.     Plaintiff was given Tracking # 3417-00 and Claim # 21107 by the claims Monitor.

36.     In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

37.     Plaintiff, Shirley  Alexander is an African-American farmer residing in Oklahoma City, OK who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

25

38.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

39.     Plaintiff was given Tracking # 345678-00 by the claims Monitor.

40.     In or about 1980-1987 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

41.     Plaintiff, Deloris  Anderson is an African-American farmer residing in Selma, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

42.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

43.     Plaintiff was given Tracking # 00013507600 by the claims Monitor.

44.     In or about 1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

45.     Plaintiff, Burnis Antwine is an African-American farmer residing in Okmulgee,

OK who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996,

and (b) applied for various loan programs with the Defendant USDA during the years of January

1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

46.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

47.     Plaintiff was given Tracking # 00008107900 and Affidavit # 16513 by the claims

Monitor.

48.     In or about 1985 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

49.     Plaintiff, Curtis Antwine is an African-American farmer residing in Okmulgee, OK

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

27

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

50.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

51.     Plaintiff was given Tracking # 68872 and Affidavit # 90956 by the claims Monitor.

52.     In or about 1982 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

53.     Plaintiff, Howard L Antwine is an African-American farmer residing in Beggs, OK who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

54.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

28

55.    Plaintiff was given Tracking # 10244-00 and Affidavit # 0008621 by the claims Monitor.

56.    In or about 1993 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

57.    Plaintiff, Lucy  Ates is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

58.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

59.    Plaintiff was given Tracking # 24492-00 by the claims Monitor.

60.    In or about 1981,1988,1997 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

61.    Plaintiff, Dar Ann Banks is an African-American farmer residing in Palestine, AR

29

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)
applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

62.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

63.    Plaintiff was given Tracking # 60123 by the claims Monitor.

64.    In or about 1981 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

65.    Plaintiff, Linda D Barnett is an African-American farmer residing in Watson, AR
who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)
applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

66.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

67.    Plaintiff was given Tracking # 81040-00 by the claims Monitor.

68.    In or about 1986 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

69.    Plaintiff, Lloyd  Bell is an African-American farmer residing in San Diego, CA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

70.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

71.    Plaintiff was given Tracking # 69164 by the claims Monitor.

72.    In or about 2003 plaintiff applied for a government loan to assist in the operation

31

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

73.     Plaintiff, Julaine Bennerman is an African-American farmer residing in Rose Hill, NC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

74.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

75.     Plaintiff was given Tracking # 69262 and Affidavit # 12184 by the claims Monitor.

76.     In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

77.     Plaintiff, Mary E Bennerman is an African-American farmer residing in Wallace, NC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

32

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

78.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

79.    Plaintiff was given Tracking # 00007751900 by the claims Monitor.

80.    In or about 1987 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

81.    Plaintiff, Connie J Boney is an African-American farmer residing in Rose Hill, NC

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

82.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

33

the claims Monitor for reasons other than the merits of the claim.

83.    Plaintiff was given Tracking # 79310 by the claims Monitor.

84.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

85.    Plaintiff, Jacob and Mary R.  Boyd is an African-American farmer residing in Kingstree, SC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

86.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

87.    Plaintiff was given Tracking # NC11206 by the claims Monitor.

88.    In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

89.    Plaintiff, Mae L. Boyd is an African-American farmer residing in Coldwater, MS

34

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

90.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

91.    Plaintiff was given Tracking # 66150-00 by the claims Monitor.

92.    In or about 1986 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

93.    Plaintiff, Jimmy Bradshaw is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

35

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

94.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

95.    Plaintiff was given Tracking # 83041 by the claims Monitor.

96.    In or about 1989 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

97.    Plaintiff, Cornell Braxton is an African-American farmer residing in Uniontown,
AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and
(b) applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

98.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

99.    Plaintiff was given Tracking # 108779 by the claims Monitor.

100.    In or about 1989 plaintiff applied for a government loan to assist in the operation

36

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

101.    Plaintiff, Dorothy Bray is an African-American farmer residing in Eastman, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

102.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

103.    Plaintiff was given Tracking # 25180-00 by the claims Monitor.

104.    In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

105.    Plaintiff, Clementine Buckles is an African-American farmer residing in Elko, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

37

discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

106.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

107.    Plaintiff was given Claim # 9682 by the claims Monitor.

108.    In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

109.    Plaintiff, Norman Bufford is an African-American farmer residing in Crescent, OK who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

110.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

38

the claims Monitor for reasons other than the merits of the claim.

111.    Plaintiff was given Tracking # 500000248-00 and Claim # 9508 by the claims Monitor.

112.    In or about 1989-1990 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

113.    Plaintiff, Maxine  Burrell is an African-American farmer residing in Oak Grove, LA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

114.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

115.    Plaintiff was given Tracking # 27937-00 and Affidavit # 00320 by the claims Monitor.

116.    In or about 1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon

39

plaintiff's race.

117.    Plaintiff, Irene Byas is an African-American farmer residing in Indianola, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

118.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

119.    Plaintiff was given Tracking # 55140 by the claims Monitor.

120.    In or about 1983 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

121.    Plaintiff, Maebell Carlton is an African-American farmer residing in Magnolia, NC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate

40

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

122.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

123.    Plaintiff was given Tracking # 136223 by the claims Monitor.

124.    In or about 1980s plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

125.    Plaintiff, Joyce  Carr is an African-American farmer residing in Willard, NC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

126.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

127.    Plaintiff was given  Affidavit # 6608 by the claims Monitor.

128.    In or about 1990 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

129.    Plaintiff, Willene  Carson is an African-American farmer residing in Hattiesburg, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

130.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

131.    Plaintiff was given Tracking # 0012930900 and Affidavit # 62473 by the claims Monitor.

132.    In or about 1965 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

133.    Plaintiff, Nicole H Costen is an African-American farmer residing in Hertford,

42

NC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

134.   Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

135.   Plaintiff was given Tracking # 380370240667527 by the claims Monitor.

136.   In or about 1997 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

137.   Plaintiff, Gail Crockett is an African-American farmer residing in Hattiesburg, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

43

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

138.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

139.    Plaintiff was given Tracking # 108220 by the claims Monitor.

140.    In or about 1993 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

141.    Plaintiff, Sylvester  Daniels is an African-American farmer residing in Layton, UT who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

142.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

143.    Plaintiff was given Tracking # 00013208700 and Affidavit # 1111331 by the claims Monitor.

44

144.    In or about 1980 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

145.    Plaintiff, Malvenia  Dean is an African-American farmer residing in Senatobia,
MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996,
and (b) applied for various loan programs with the Defendant USDA during the years of January
1, 1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

146.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

147.    Plaintiff was given Tracking # 71464-00 by the claims Monitor.

148.    In or about 1986 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

149.    Plaintiff, Cindereatha  Denning is an African-American farmer residing in
Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31,
1996, and (b) applied for various loan programs with the Defendant USDA during the years of

45

January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

150.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

151.    Plaintiff was given Tracking # 00012575000 by the claims Monitor.

152.    In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

153.    Plaintiff, Hugh L. Dent is an African-American farmer residing in Steens, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

154.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

155.    Plaintiff was given Tracking # 138891 by the claims Monitor.

156.    In or about 1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

157.    Plaintiff, Percy Dodd is an African-American farmer residing in Laingsburg, MI who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

158.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

159.    Plaintiff was given Tracking # 7035-00 by the claims Monitor.

160.    In or about 2005 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

47

161.    Plaintiff, Tom Dunbar is an African-American farmer residing in Fayette, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

162.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

163.    Plaintiff was given Tracking # 61446 by the claims Monitor.

164.    In or about 1986 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

165.    Plaintiff, Helen Dunlap is an African-American farmer residing in Ocilla, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

48

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

166.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

167.    Plaintiff was given Tracking # 74216 by the claims Monitor.

168.    In or about 1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

169.    Plaintiff, Melvin  Easley is an African-American farmer residing in Memphis, TN who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

170.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

171.    Plaintiff was given Tracking # 1832 by the claims Monitor.

49

172.    In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

173.    Plaintiff, William Fletcher is an African-American farmer residing in Jacksonville, FL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

174.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

175.    Plaintiff was given Tracking # 45969 by the claims Monitor.

176.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

177.    Plaintiff, Minyon Gardner is an African-American farmer residing in Pinola, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1,

50

1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

178.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

179.    Plaintiff was given Tracking # 83981 by the claims Monitor.

180.    In or about 1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

181.    Plaintiff, Alzada Garner is an African-American farmer residing in Pine Hill, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

51

182.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

183.    Plaintiff was given Tracking # 000043773 by the claims Monitor.

184.    In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

185.    Plaintiff, Jimmy  Gholar is an African-American farmer residing in Silver Creek, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

186.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

187.    Plaintiff was given Tracking # 104453-00 by the claims Monitor.

188.    In or about 1976,1981,1988,1997,2004 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

52

189.    Plaintiff, I T Glass is an African-American farmer residing in Dumas, AR who:
(a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)
applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

190.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

191.    Plaintiff was given Tracking # 17945-00 by the claims Monitor.

192.     In or about 1982-1983 plaintiff applied for a government loan to assist in the
operation of plaintiff's farming operations which assistance was denied by the defendant based
solely upon plaintiff's race.

193.    Plaintiff, Edward Glover is an African-American farmer residing in Douglas, GA
who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)
applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

53

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

194.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

195.    Plaintiff was given Tracking # 20050 by the claims Monitor.

196.    In or about 1980-1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

197.    Plaintiff, Mario J. Glover is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

198.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

199.    Plaintiff was given Tracking # 45632-00 by the claims Monitor.

54

200.    In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

201.    Plaintiff, Cleveland Graham, Sr. is an African-American farmer residing in Pink Hill, NC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

202.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

203.    Plaintiff was given Tracking # 49605-00 and Claim # 22905 by the claims Monitor.

204.    In or about 1990 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

205.    Plaintiff, Gregory Grant is an African-American farmer residing in Sasakwa, OK who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

55

applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

206.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

207.    Plaintiff was given Tracking # 000067569 and Affidavit # 24392 by the claims
Monitor.

208.    In or about 1989 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

209.    Plaintiff, Harrison B. Grant is an African-American farmer residing in Rembert,
SC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and
(b) applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

56

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

210.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

211.    Plaintiff was given Tracking # 59542 by the claims Monitor.

212.    In or about 1966 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

213.    Plaintiff, Luevina  Green is an African-American farmer residing in Detroit, MI who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

214.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

215.    Plaintiff was given Tracking # 00010589700 and Affidavit # 12294 by the claims Monitor.

216.    In or about 1980-1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

217.    Plaintiff, Leona Hayes is an African-American farmer residing in Cordova, TN who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

218.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

219.    Plaintiff was given Tracking # 4209-00 and Affidavit # 21667 by the claims Monitor.

220.    In or about 1980-1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

221.    Plaintiff, Alfred M Hetherington is an African-American farmer residing in Detroit, MI who: (a) farmed or attempted to farm between January 1, 1981 and December 31,

1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

222.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

223.    Plaintiff was given Tracking # 5365-00 and Claim # 21411 by the claims Monitor.

224.    In or about 1980-1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

225.    Plaintiff, Brenda L. Hetherington is an African-American farmer residing in Athens, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

226.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

227.    Plaintiff was given Tracking # 16346-00 and Claim # 21391 by the claims Monitor.

228.    In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

229.    Plaintiff, Charles Hetherington is an African-American farmer residing in Athens, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

230.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

231.    Plaintiff was given Tracking # 10208-00 and Claim # 2060 by the claims Monitor.

232.    In or about 1981 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

233.    Plaintiff, Donnel Hobbs is an African-American farmer residing in Magee, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

234.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

235.    Plaintiff was given Tracking # 102161 by the claims Monitor.

236.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

237.    Plaintiff, Sylvia J Hobbs is an African-American farmer residing in Mendenhall, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

61

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

238.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

239.    Plaintiff was given Tracking # 101421 by the claims Monitor.

240.    In or about 1988 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

241.    Plaintiff, Lisa M. Hornsby is an African-American farmer residing in Jacksonville,

FL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and

(b) applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

242.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

243.    Plaintiff was given Tracking # 115494 by the claims Monitor.

244.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

245.    Plaintiff, Helen Hubbard is an African-American farmer residing in Cleveland, OH who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

246.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

247.    Plaintiff was given Tracking # 91834 by the claims Monitor.

248.    In or about 1983 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

249.    Plaintiff, Bettye Huddleston is an African-American farmer residing in Oklahoma

City, OK who: (a) farmed or attempted to farm between January 1, 1981 and December 31,

1996, and (b) applied for various loan programs with the Defendant USDA during the years of

January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

250.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

251.    Plaintiff was given Tracking # 63464 by the claims Monitor.

252.    In or about 1997 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

253.    Plaintiff, Karen  Huddleston is an African-American farmer residing in Oklahoma

City, OK who: (a) farmed or attempted to farm between January 1, 1981 and December 31,

1996, and (b) applied for various loan programs with the Defendant USDA during the years of

January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

254.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

255.    Plaintiff was given Tracking # 30495-00 by the claims Monitor.

256.    In or about 1982 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

257.    Plaintiff, Marie  Huddleston is an African-American farmer residing in Oklahoma City, OK who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

258.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

259.    Plaintiff was given Tracking # 114971 by the claims Monitor.

260.    In or about 1980 plaintiff applied for a government loan to assist in the operation

65

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

261.    Plaintiff, Allen  Hudson is an African-American farmer residing in Blue Island, IL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

262.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

263.    Plaintiff was given Tracking # 43512-00 by the claims Monitor.

264.    In or about 1988 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

265.    Plaintiff, Riley Jr Hughes is an African-American farmer residing in Broxton, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

66

discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

266.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

267.    Plaintiff was given Tracking # 123245-00 by the claims Monitor.

268.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

269.    Plaintiff, Sebrina Isom is an African-American farmer residing in St Helena Island, SC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

270.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

67

the claims Monitor for reasons other than the merits of the claim.

271.    Plaintiff was given Tracking # 74309-00 by the claims Monitor.

272.    In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

273.    Plaintiff, Charlie  Jackson is an African-American farmer residing in Epes, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

274.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

275.    Plaintiff was given Tracking # 29404 and Affidavit # 78072 by the claims Monitor.

276.    In or about 1997 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

277.    Plaintiff, Lee Jackson is an African-American farmer residing in Douglas, GA
who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)
applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

278.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

279.    Plaintiff was given Tracking # 97283 by the claims Monitor.

280.    In or about 1999 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

281.    Plaintiff, Marvin Jarrett is an African-American farmer residing in Brownsville,
TN who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and
(b) applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

69

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

282.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

283.    Plaintiff was given Tracking # 27052 by the claims Monitor.

284.    In or about 1999 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

285.    Plaintiff, Johnny Jenkins is an African-American farmer residing in Lakeland, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

286.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

287.    Plaintiff was given Tracking # 18487-00 by the claims Monitor.

70

288.    In or about 1983 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

289.    Plaintiff, Dortha P Johnson is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

290.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

291.    Plaintiff was given Tracking # 39779-00 by the claims Monitor.

292.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

293.    Plaintiff, Melvin  Jones is an African-American farmer residing in Beggs, OK who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

294.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

295.    Plaintiff was given Tracking # 64120-00 by the claims Monitor.

296.    In or about 1990 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

297.    Plaintiff, Thurman Judge is an African-American farmer residing in Wallace, NC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

298.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

299.    Plaintiff was given Tracking # 78270 and Affidavit # 94600 by the claims Monitor.

300.    In or about 1980's plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

301.    Plaintiff, Sheila Juhans is an African-American farmer residing in Augusta, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

302.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

303.    Plaintiff was given Tracking # 81065-00 by the claims Monitor.

304.    In or about 1980-1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based

solely upon plaintiff's race.

305.    Plaintiff, Anthony Lee is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

306.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

307.    Plaintiff was given Tracking # 30381 by the claims Monitor.

308.    In or about 1990 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

309.    Plaintiff, Anthony Lee is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate

74

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

310.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

311.    Plaintiff was given Tracking # 30381 by the claims Monitor.

312.    In or about 1990 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

313.    Plaintiff, Berenda  Lester is an African-American farmer residing in Elko, GA

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

314.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

315.    Plaintiff was given Tracking # 9444 by the claims Monitor.

316.    In or about 1993 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

317.    Plaintiff, Shennando  Lester is an African-American farmer residing in Elko, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

318.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

319.    Plaintiff was given Tracking # 23446-00 by the claims Monitor.

320.    In or about 1980, 1986 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

321.    Plaintiff, Sam T. Logan is an African-American farmer residing in Abbeville, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

322.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

323.    Plaintiff was given Tracking # 54496 by the claims Monitor.

324.    In or about 2000 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

325.    Plaintiff, Joyce Martin Lott is an African-American farmer residing in Collins, MS

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

326.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

327.    Plaintiff was given Tracking # 33513-00 and Claim # 0025652 by the claims Monitor.

328.    In or about 1981, 1988, 1997 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

329.    Plaintiff, Bernard  Maddux is an African-American farmer residing in Kenbridge, VA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

330.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

331.    Plaintiff was given Tracking # 8257 and Claim # 23727 by the claims Monitor.

332.    In or about 1970-1980 plaintiff applied for a government loan to assist in the

78

operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

333.    Plaintiff, Hermon Magee is an African-American farmer residing in Magee, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

334.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

335.    Plaintiff was given Tracking # 00010233500 by the claims Monitor.

336.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

337.    Plaintiff, Irene Magee is an African-American farmer residing in Magee, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

338.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

339.    Plaintiff was given Tracking # 77130-00 by the claims Monitor.

340.    In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

341.    Plaintiff, Floyd A Manning is an African-American farmer residing in Hopkinsville, KY who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

342.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

343.    Plaintiff was given Claim # 0008986 by the claims Monitor.

344.    In or about 1997 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

345.    Plaintiff, James Marshall is an African-American farmer residing in Muskogee, OK who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

346.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

347.    Plaintiff was given Tracking # 46582-00 and Affidavit # 22712 by the claims Monitor.

348.    In or about 1988 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

349.    Plaintiff, Essie Martin is an African-American farmer residing in Broxton, GA
who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)
applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

350.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

351.    Plaintiff was given Tracking # 74842 and Affidavit # 76510 by the claims
Monitor.

352.    In or about 2000 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

353.    Plaintiff, Timothy Mason is an African-American farmer residing in Lumberton,
NC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and
(b) applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate

82

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

354.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

355.    Plaintiff was given Tracking # 46320-00 and Affidavit # 2417625019 by the claims Monitor.

356.    In or about 1999 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

357.    Plaintiff, Cora  Mcghee is an African-American farmer residing in Bonaire, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

358.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

359.    Plaintiff was given Tracking # 22221 by the claims Monitor.

360.    In or about 1986, 1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

361.    Plaintiff, Joenathan & Florence  McMillian is an African-American farmer residing in Rose Hill, NC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

362.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

363.    Plaintiff was given Tracking # 13479-00 by the claims Monitor.

364.    In or about 1982 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

365.    Plaintiff, Richard C. McMillian is an African-American farmer residing in

84

Hazlehurst, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

366.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

367.    Plaintiff was given Tracking # 83536 by the claims Monitor.

368.    In or about 1980-1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

369.    Plaintiff, Cleretta Mean is an African-American farmer residing in Pensecola, FL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

85

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

370.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

371.    Plaintiff was given Tracking # 44354 Affidavit # 87641 and Claim # 2367 by the claims Monitor.

372.    In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

373.    Plaintiff, Mathew Merritt is an African-American farmer residing in Rose Hill, NC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

374.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

375.    Plaintiff was given Tracking # 13476-00 by the claims Monitor.

376.    In or about 1986 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

377.    Plaintiff, Wilma  Mobley is an African-American farmer residing in Wray, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

378.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

379.    Plaintiff was given Tracking # 2339-00 by the claims Monitor.

380.    In or about 1983 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

381.    Plaintiff, Rosie  Montgomery is an African-American farmer residing in Birmingham, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

87

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

382.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

383.    Plaintiff was given Tracking # 00005130100 and Claim # 0022809 by the claims

Monitor.

384.    In or about 1977, 1982 plaintiff applied for a government loan to assist in the

operation of plaintiff's farming operations which assistance was denied by the defendant based

solely upon plaintiff's race.

385.    Plaintiff, Preston Mosley is an African-American farmer residing in Selma, AL

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

386.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

387.    Plaintiff was given Tracking # 97-1978 by the claims Monitor.

388.    In or about 1986 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

389.    Plaintiff, Broderick  Nelson is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

390.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

391.    Plaintiff was given Tracking # 00011689800 and Affidavit # 44795 by the claims Monitor.

392.    In or about 1982 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

393.    Plaintiff, Joann Newson is an African-American farmer residing in Memphis, TN who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

394.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

395.    Plaintiff was given Tracking # 56405-00 and Claim # 0026381 by the claims Monitor.

396.    In or about 1990 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

397.    Plaintiff, General Outlaw is an African-American farmer residing in Hartford, CT who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1,

90

1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

398.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

399.    Plaintiff was given Tracking # 111618 by the claims Monitor.

400.    In or about 1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

401.    Plaintiff, M. P. Parker is an African-American farmer residing in Macon, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

91

402.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

403.     Plaintiff was given Tracking # 00004217800 by the claims Monitor.

404.     In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

405.     Plaintiff, Clinton  Perry is an African-American farmer residing in Hurtsboro, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

406.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

407.     Plaintiff was given Claim # 10040 by the claims Monitor.

408.     In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

409.    Plaintiff, Helen Phillips is an African-American farmer residing in Mobile, AL

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

410.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

411.    Plaintiff was given Tracking # 10208-00 and Claim # 0002060 by the claims

Monitor.

412.    In or about 1980 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

413.    Plaintiff, Jermaine Pickett is an African-American farmer residing in Beulaville,

NC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and

(b) applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

414.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

415.    Plaintiff was given Tracking # 83431 by the claims Monitor.

416.    In or about 1993 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

417.    Plaintiff, Ola  Pickett is an African-American farmer residing in Detroit, MI who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

418.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

94

419.    Plaintiff was given Claim # 00012461600 by the claims Monitor.

420.    In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

421.    Plaintiff, Sarah Pinckney is an African-American farmer residing in Abington, PA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

422.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

423.    Plaintiff was given Tracking # 50391 by the claims Monitor.

424.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

425.    Plaintiff, Kevin Poole is an African-American farmer residing in Pine Forge, PA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

95

applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

426.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

427.    Plaintiff was given Tracking # 21173 and 21137 by the claims Monitor.

428.    In or about 1996 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

429.    Plaintiff, Grant Powell is an African-American farmer residing in Leebsburg, GA
who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)
applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

430.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

431.    Plaintiff was given Tracking # 40248-00 and Claim # 0017176 by the claims Monitor.

432.    In or about 1993 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

433.    Plaintiff, Andrew Reed is an African-American farmer residing in Newbern, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

434.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

435.    Plaintiff was given Tracking # 59724 by the claims Monitor.

436.    In or about 1985 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

437.    Plaintiff, James Reed is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

438.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

439.    Plaintiff was given Tracking # 000039710 and Claim # 14713 by the claims Monitor.

440.    In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

441.    Plaintiff, Othelia Reed is an African-American farmer residing in Newbern, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

442.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

443.    Plaintiff was given Tracking # 59724 by the claims Monitor.

444.    In or about 1997 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

445.    Plaintiff, George Reynolds is an African-American farmer residing in Gary, IN

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

446.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

447.    Plaintiff was given Tracking # 00005122000 and Affidavit # 00026736 by the claims Monitor.

448.    In or about 1982 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

449.    Plaintiff, Bobby Richardson is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

450.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

451.    Plaintiff was given Tracking # 66583 and Affidavit # 81050 by the claims Monitor.

452.    In or about 1982 plaintiff applied for a government loan to assist in the operation

100

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

453.    Plaintiff, Mary S Roby is an African-American farmer residing in Macon, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

454.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

455.    Plaintiff was given Tracking # 62844 and Affidavit # 70987 by the claims Monitor.

456.    In or about 1980-1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

457.    Plaintiff, Arthur  Rucker is an African-American farmer residing in Bastrop, LA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

458.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

459.    Plaintiff was given Tracking # 28229 by the claims Monitor.

460.    In or about 1992-1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

461.    Plaintiff, Jeanette  Russell is an African-American farmer residing in Pasadena, CA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

462.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

463.    Plaintiff was given Tracking # 44352-00 and Affidavit # 51255-00 by the claims Monitor.

464.    In or about 1990 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

465.    Plaintiff, Bessie L. Sams is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

466.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

467.    Plaintiff was given Tracking # 63205 by the claims Monitor.

468.    In or about 1994 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

469.    Plaintiff, Talley Saunders is an African-American farmer residing in Willard, NC

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

470.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

471.    Plaintiff was given Tracking # 100633-00 and Claim # 28379 by the claims

Monitor.

472.    In or about 1981, 1982 plaintiff applied for a government loan to assist in the

operation of plaintiff's farming operations which assistance was denied by the defendant based

solely upon plaintiff's race.

473.    Plaintiff, Janice D. Scott is an African-American farmer residing in Gould, AR

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

474.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

475.    Plaintiff was given Claim # 2025215 by the claims Monitor.

476.    In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

477.    Plaintiff, Mamie L Simpson is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

478.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

479.    Plaintiff was given Tracking # 00007991600 and Affidavit # 10141 by the claims Monitor.

480.    In or about 1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

481.    Plaintiff, Mitchell Simpson is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

482.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

483.    Plaintiff was given Tracking # 0007990900 and Affidavit # 11015 by the claims Monitor.

484.    In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon

106

plaintiff's race.

485.    Plaintiff, Barbara L. Smith is an African-American farmer residing in Detroit, MI who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

486.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

487.    Plaintiff was given Tracking # 10208-00 and Claim # 0002060 by the claims Monitor.

488.    In or about 1990s plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

489.    Plaintiff, Johnnie Smith is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

107

discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

490.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

491.    Plaintiff was given Tracking # 404526000 by the claims Monitor.

492.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

493.    Plaintiff, Nathaniel S. Smith is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

494.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

495.    Plaintiff was given Tracking # 00011693900 and Affidavit # 45465 by the claims Monitor.

496.    In or about 1992 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

497.    Plaintiff, Oneal Smith is an African-American farmer residing in Perkins, OK who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

498.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

499.    Plaintiff was given Tracking # 402-82 by the claims Monitor.

500.    In or about 1995 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

501.    Plaintiff, Sidney Stone is an African-American farmer residing in Memphis, TN who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

502.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

503.    Plaintiff was given Tracking # 79452 by the claims Monitor.

504.    In or about 1999 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

505.    Plaintiff, Mary Summers is an African-American farmer residing in Far Rockaway, NY who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

110

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

506.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

507.    Plaintiff was given Tracking # 577777-00 by the claims Monitor.

508.    In or about 1970 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

509.    Plaintiff, Barbara Taite is an African-American farmer residing in Dickinson, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

510.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

511.    Plaintiff was given Tracking # 73850-00 by the claims Monitor.

111

512.    In or about 1999 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

513.    Plaintiff, Ezekiel Tarver (Deceased) is an African-American farmer residing in Albany, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

514.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

515.    Plaintiff was given Tracking # 41612 by the claims Monitor.

516.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

517.    Plaintiff, Evelyn Thomas is an African-American farmer residing in Jacksonville, AR who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

518.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

519.    Plaintiff was given Claim # 12377 by the claims Monitor.

520.    In or about 1969-1970 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

521.    Plaintiff, Sherman J. Thomas is an African-American farmer residing in Hurtsboro, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

113

522.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

523.    Plaintiff was given Tracking # 00006329600 and Affidavit # 39685 by the claims Monitor.

524.    In or about 1980-1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

525.    Plaintiff, Madie  Thompson is an African-American farmer residing in Faison, NC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

526.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

527.    Plaintiff was given Claim # 27850 by the claims Monitor.

528.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

529.    Plaintiff, Robert E Thompson is an African-American farmer residing in Collins, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

530.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

531.    Plaintiff was given Tracking # 118124 by the claims Monitor.

532.    In or about 1971 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

533.    Plaintiff, Geraldine B Tice is an African-American farmer residing in Inkster, MI who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate

115

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

534.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

535.    Plaintiff was given Tracking # 00013042100 and Affidavit # 64883 by the claims

Monitor.

536.    In or about 1999 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

537.    Plaintiff, Minieva  Timberlake is an African-American farmer residing in Athens,

AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and

(b) applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

538.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

116

the claims Monitor for reasons other than the merits of the claim.

539.    Plaintiff was given Tracking # 16346-00 by the claims Monitor.

540.    In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

541.    Plaintiff, Lula  Tomberlin is an African-American farmer residing in Saint Petersburg, FL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

542.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

543.    Plaintiff was given Tracking # 64721 by the claims Monitor.

544.    In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

545.    Plaintiff, Veria  Turner is an African-American farmer residing in Sumrall, MS

117

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

546.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

547.     Plaintiff was given Tracking # 60934 by the claims Monitor.

548.     In or about 1986 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

549.     Plaintiff, Joseph  Tyler is an African-American farmer residing in Beulaville, NC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

550.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

551.    Plaintiff was given Tracking # 00006997400 and Affidavit # 01004 by the claims Monitor.

552.    In or about 19809-1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

553.    Plaintiff, John E. Walker is an African-American farmer residing in Lubbock, TX who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

554.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

555.    Plaintiff was given Tracking # 5186500 by the claims Monitor.

556.    In or about 1982-1983 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

557.    Plaintiff, Patsy Warren is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

558.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

559.    Plaintiff was given Tracking # 02503700000 by the claims Monitor.

560.    In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

561.    Plaintiff, Albert White is an African-American farmer residing in Dothan, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1,

120

1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

562.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

563.    Plaintiff was given Tracking # 33643-00 by the claims Monitor.

564.    In or about 1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

565.    Plaintiff, Mary T. Wilcox is an African-American farmer residing in Lake Park, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

121

566.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

567.    Plaintiff was given Tracking # 115494 by the claims Monitor.

568.    In or about 1980-1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

569.    Plaintiff, Michael L. Wiley is an African-American farmer residing in Saint Joseph, LA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

570.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

571.    Plaintiff was given Tracking # 11048 by the claims Monitor.

572.    In or about 1986, 1990, 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

122

573.    Plaintiff, Frank E. Wilkins is an African-American farmer residing in Roper, NC
who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)
applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

574.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

575.    Plaintiff was given Tracking # 4302 by the claims Monitor.

576.    In or about 1981 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

577.    Plaintiff, Betty  Williams is an African-American farmer residing in Douglas, GA
who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)
applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

578.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

579.    Plaintiff was given Tracking # 35525 by the claims Monitor.

580.    In or about 1980-1983 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

581.    Plaintiff, Chester  Williams is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

582.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

583.    Plaintiff was given Tracking # 66029 by the claims Monitor.

584.    In or about 1980-1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

585.    Plaintiff, Elijha  Williams is an African-American farmer residing in Jonestown, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

586.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

587.    Plaintiff was given Tracking # 00004098300 and Affidavit # 002348 by the claims Monitor.

588.    In or about 1993 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

589.    Plaintiff, Marie  Williams is an African-American farmer residing in Michigan City, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31,

1996, and (b) applied for various loan programs with the Defendant USDA during the years of

January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

590.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

591.    Plaintiff was given Tracking # 84855 and Affidavit # 74284 by the claims

Monitor.

592.    In or about 1970 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

593.    Plaintiff, Wayne  Williams is an African-American farmer residing in Kress, TX

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

126

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

594.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

595.    Plaintiff was given Tracking # 2397-00 by the claims Monitor.

596.    In or about 1994-1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

597.    Plaintiff, Jo E. Wilson is an African-American farmer residing in Douglas, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

598.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

599.    Plaintiff was given Tracking # 00006320500 by the claims Monitor.

600.    In or about 1980-1985 plaintiff applied for a government loan to assist in the

operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

601.     Plaintiff, Desda  Witcher is an African-American farmer residing in Riverdale, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

602.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

603.     Plaintiff was given Tracking # 26789 by the claims Monitor.

604.     In or about 1999, 2006 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

605.     Plaintiff, Vernetha  Woodfaulk is an African-American farmer residing in Merrillville, IN who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

606.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

607.    Plaintiff was given Tracking # 49907 by the claims Monitor.

608.    In or about 1998 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

609.    Plaintiff, Bonnie Woods is an African-American farmer residing in Independence, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

610.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

611.    Plaintiff was given Tracking # 65109-00 by the claims Monitor.

612.    In or about 1990 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

613.    Plaintiff, Curtis Woods is an African-American farmer residing in Coldwater, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

614.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

615.    Plaintiff was given Tracking # 65085-00 and Affidavit # 05111 by the claims Monitor.

616.    In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

617.    Plaintiff, L. J. Woods is an African-American farmer residing in Coldwater, MS
who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)
applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

618.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

619.    Plaintiff was given Tracking # 65107-00 by the claims Monitor.

620.    In or about 1986 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

621.    Plaintiff, Linda Mae Woods is an African-American farmer residing in Coldwater,
MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996,
and (b) applied for various loan programs with the Defendant USDA during the years of January
1, 1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

131

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

622.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

623.    Plaintiff was given Tracking # 65104-00 by the claims Monitor.

624.    In or about 1995 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

625.    Plaintiff, Natalie Wright is an African-American farmer residing in Senatobia, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

626.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

627.    Plaintiff was given Tracking # 77518-00 by the claims Monitor.

628.    In or about 1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

629.    Plaintiff, Gwen Wynn is an African-American farmer residing in Ocilla, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

630.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

631.    Plaintiff was given Tracking # 41875 by the claims Monitor.

632.    In or about 1980-1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

## COUNT I - REQUEST FOR RELIEF UNDER SECTION 14012 (DETERMINATION ON MERITS OF PIGFORD CLAIMS) OF THE FOOD, CONSERVATION, AND ENERGY ACT OF 2008

633.    Plaintiffs incorporate by reference all other paragraphs of this Complaint as if

133

fully set forth herein.

634.    Each of the Plaintiffs is an individual who had requested relief in the matter of *Pigford v. Glickman* but was refused compensation by the claims monitor who claimed that the Plaintiffs filed late or untimely claims. Therefore Plaintiffs never had their claims determined base upon the merits of those claims.

635.    Pursuant to Section 14012 (Determination on Merits of Pigford Claims) of the Act, Plaintiffs request that within one hundred twenty (120) days of filing of this Complaint that the Defendant provide to the Plaintiffs a report on farm credit loans made within the Plaintiffs' county or adjacent county by the Department during the period beginning on January 1 of the year preceding the year or years covered by the Complaint and ending on December 31 of the year following such year or years.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that the Court:

(A) Provide a process for each Plaintiff to file his or her Pigford claim, either under Section 14012(f) of the Act for expedited resolution and liquidated damages or Section 14012(g) for actual damages.

(B) Order Defendant to provide to each Plaintiff – within 120 days of receiving notice of each Plaintiff's claim – a report on farm credit loans and noncredit benefits made within each Plaintiff's county and meet all other requirements of Section 14012(e) of the Act;

(C) Provide each Plaintiff a determination on the merits of his or her claim;

(D) Award each Plaintiff either (a) the actual damages he/she sustained as a result of discrimination by the USDA; or (b) liquidated damages in the amount of $50,000 for each

Plaintiff; or (c) liquidated damages in the amount of $3,000 for non-credit benefit claims;

(E) Order Defendant to discharge any debts incurred by the Plaintiffs under, or that were

affected by, such discrimination;

(F) Order Defendant to make a tax payment for each Plaintiff, in the amount equal to 25 percent

of any liquidated damages and any loan principal discharged;

(G) Order Defendant to pay for Plaintiffs' costs, including attorneys' fees; and

(H) Grant such other and further relief that the Court deems to be just and equitable.


Respectfully Submitted,


BY: _____
Harris L. Pogust, Esquire
D.C. Bar No. AR0001
Pogust Braslow & Millrood, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
610-941-4204 ph.
610-941-4245 fax


**DATED:** ___8|11___ **2008**


## **VERIFICATION**


I verify under penalty of perjury that the foregoing is true and correct.

Executed on ___8|11___, 2008.   X _____


135